UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

United States of America,

    Plaintiff

    v.

JOSE E. PADILLA-TORRES,

    Defendant

96-cv-2152(DRD)

Collection of Money

**ORDER FOR INSTALLMENT PAYMENT**

The plaintiff herein has filed a motion requesting an Installment Payment Order.

For the reasons stated therein and it appearing from the records of this Court in the above-mentioned case that on November 25, 1996, a Judgment was issued in the instance case; and further,

That per Stipulation for Consent Judgment dated November 1, 1996, the defendant Jose E. Padilla-Torres agreed to pay plaintiff the amount owed, plus interest and 10% surcharge if the plaintiff is forced to utilize any of the remedies under Sub-chapter C of the F.D.C.P. Act of 1990 (28 USC §3011); and further,

It appearing that the defendant is receiving substantial non-exempt disposable earnings from his self employment as Attorney at Law Office, Roberto Clemente Avenue, Block 30 A-10, Villa Carolina, Puerto Rico;



USA v JOSE E. PADILLA-TORRES
Civil No. 96-cv-2152(DRD)
Page 2

NOW THEREFORE, IT IS HEREBY ORDERED that Jose E. Padilla-Torres to make the following two (2) payments to the United States: $5,220.21 to be paid on or before October 31, 2003, and $770.89 of surcharges, to be paid on or before November 30, 2003.

Said payments shall be made payable to the order of the U.S. Department of Justice and mailed to the United States Attorney's Office, Financial Litigation Unit, Torre Chardon, Suite 1201, 350 Carlos Chardon Street, San Juan, Puerto Rico 00918, to be applied as a final payment upon the judgment entered in this case on November 25, 1996; and further,

The defendant is ADMONISHED that failure to comply with this Order and failure to show good cause for lack of compliance could result in contempt of the Court.

SO ORDERED.

In San Juan Puerto Rico, this 3 day of November 2003.

_____
DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT COURT JUDGE